UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Crim. File No. 05-11 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| Darryl Patrick Bentz, | |
| Defendant. | |

On December 1, 2005, the Court ordered Defendant to submit to a psychiatric evaluation under 18 U.S.C. § 4244(b). Specifically, the Court ordered Defendant to voluntarily surrender to the United States Attorney General at the Federal Medical Center in Rochester, Minnesota on January 4, 2006, to complete the evaluation within thirty days. The Court further ordered that Defendant "shall be released on bond and must comply with previously set terms and conditions" after the thirty-day period expired.

The Federal Medical Center has informed the Court that Defendant's psychiatric evaluation is now complete. Accordingly, notwithstanding the fact that the thirty-day period has yet to expire, **IT IS HEREBY ORDERED** that Defendant be immediately released on bond. All other provisions of the December 1, 2005, Order remain in effect.

Dated: January 31, 2006

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge